Danny M. KELLY, Plaintiff, Appellant,

v.

MCDONALD'S CORPORATION; Ca-
nobie Lake Park Corporation,
Defendants, Appellees.

No. 00–2410.

United States Court of Appeals,
First Circuit.

June 29, 2001.

Danny M. Kelly, on brief pro se.

John P. Noyes and Gilberg & Kiernan,
on defendant-appellee McDonald's Corpo-
ration's Motion for Summary Disposition.

Cathryn Spaulding and Zizik, Lasalle &
Powers, P.C., on appellee, Canobie Lake
Park Corporation's Memorandum in Sup-
port of Motion for Summary Disposition.

Before BOWNES, Senior Circuit Judge,
TORRUELLA and LIPEZ, Circuit
Judges.

PER CURIAM.

The district court dismissed the claims
against McDonald's Corporation for failure
to state a claim. Later, the court dis-
missed any intended "civil rights" claim
against Canobie Lake Park for failure to
state a cognizable federal claim and, when
plaintiff failed to substantiate the requisite
amount in controversy for diversity juris-
diction, the remaining claims were dis-
missed for lack of subject matter jurisdic-
tion.

Reviewing the judgment *de novo* in light of the record and the parties' arguments on appeal, we *affirm*. *See* Loc.R. 27(c).